## ORDER

PER CURIAM.

**AND NOW,** this 25th day of September, 2013, the Petition for Allowance of Appeal is **GRANTED.** The issue is:

Did the Superior Court err in holding that a person is statutorily eligible for a county intermediate punishment sentence when a mandatory minimum sentence applies under 18 Pa.C.S.A. § 7508?

76 A.3d 536

Billie WASHINGTON, Tina Smith, Opal Gibson, Pennsylvania Mental Health Consumers' Association, Mental Health Association in Pennsylvania, Mental Health Association of Southeastern Pennsylvania, The Philadelphia Alliance, Drug and Alcohol Service Providers Organization of Pennsylvania, Pennsylvania Community Providers Association, Success Against All Odds, Appellants

v.

The DEPARTMENT OF PUBLIC WELFARE of the Commonwealth of Pennsylvania, Appellee

Pennsylvania Health Care Association, Intervenor.

Supreme Court of Pennsylvania.

Sept. 25, 2013.

## ORDER

**AND NOW,** this 25th day of September, 2013, the order of the Commonwealth Court is affirmed.

77 A.3d 547

**BENEFICIAL CONSUMER DISCOUNT COMPANY d/b/a Beneficial Mortgage Company of Pennsylvania, Appellant**

v.

**Pamela A. VUKMAN, Appellee.**

Supreme Court of Pennsylvania.

Argued April 9, 2013.

Decided Sept. 25, 2013.

